IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

KAREN MARSIGLIANO,

        Plaintiff,

v.

CARSON SMITHFIELD, LLC.,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Carson Smithfield, LLC ("Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby notices removal of the state-court civil action known as *Karen Marsigliano v. Carson Smithfield, LLC,* from the County Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Case No. CONO17003082, and in support thereof Defendant states as follows.

1.    On or about April 25, 2017, Defendant received a copy of Plaintiff Karen Marsigliano's ("Plaintiff") Complaint (the "Complaint") filed in the County Court in and for Broward County, Florida (the "State Court").[1]  A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.[2]

2.    Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions or papers have been filed with the State Court in this action.

---

[1] By filing this Notice of Removal, Defendant does not waive any defense to the Complaint, including, but not limited to, lack of service, improper service, or lack of personal jurisdiction.

[2] Although the face of the Complaint identifies the Circuit Court in and for Broward County, it actually was filed in the County Court in and for Broward County, as reflected by the case number assigned.

3. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.     Defendant Has Satisfied The Procedural Requirements For Removal.**

4. Defendant was served with the Complaint on or about April 25, 2017.  Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Defendant is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

5. This Court is the proper division because it embraces Broward County, Florida, where Plaintiff's action is pending.  *See* 28 U.S.C. §§ 1441 and 1446(a).

6. No previous request has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, together with all Exhibits, is being served on Plaintiff's counsel, and a copy is being filed with the State Court Clerk.  A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit 2**.

**II.    Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

8. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America.  *See* 28 U.S.C. § 1331.

9. Removal of such cases is governed by 28 U.S.C. § 1441(a).  Section 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the

district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10. Here, Plaintiff's Complaint purports to assert a claim against Defendant for alleged violations of the federal Fair Debt Collection Practice Act, 15 U.S.C. 1692 *et seq.* ("FDCPA"). *See* Complaint ¶ 1.

11. Plaintiff's Complaint alleges violations of a federal statute—the FDCPA—and consequently her claims "arise under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over Plaintiff's FDCPA claim.

12. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant Carson Smithfield, LLC, by counsel, respectfully requests that the above-referenced action, originally filed in the County Court in and for Broward County, Florida, be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and Defendant requests that this Court retain jurisdiction for all further proceedings in this matter.

Dated: May 19, 2017              Respectfully submitted,

                                 By:    */s/ Ana M. Barton*
                                        Ana M. Barton (FBN# 85721)
                                        **REED SMITH, LLP**
                                        1001 Brickell Bay Drive
                                        Suite 900
                                        Miami, FL 33131
                                        Telephone: (786) 747-0206
                                        Facsimile: (786) 747-0299
                                        abarton@reedsmith.com
                                        bhernandez@reedsmith.com

                                 *Counsel for Defendant Carson Smithfield, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2017, a true and correct copy of the foregoing was served via first-class U.S. Mail, postage prepaid, and email upon the following:

>Michael T. Tierney, Esq.
>Michael T. Tierney, P.A.
>918 Beard Avenue
>Winter Park, FL 32789-1806
>michael@tierneylaw.us
>*Attorney for Plaintiff*

By:    */s/ Ana M. Barton*
Ana M. Barton (FBN# 85721)
**REED SMITH, LLP**
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Telephone: (786) 747-0206
Facsimile: (786) 747-0299
abarton@reedsmith.com

*Counsel for Defendant Carson Smithfield, LLC*