# EXHIBIT 1



# Service of Process Transmittal
04/25/2017
CT Log Number 531118094

**TO:** Donna Voss-Costa
CardWorks, Inc
101 Crossways Park Dr W
Woodbury, NY 11797-2020

**RE:** **Process Served in Florida**

**FOR:** Carson Smithfield, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KAREN MARSIGLIANO, Pltf. vs. CARSON SMITHFIELD, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Statement, Exhibit(s) |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CONO17003082 |
| **NATURE OF ACTION:** | Violation of The Fair Debt Collection Practices Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/25/2017 at 15:20 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | 05/22/2017 at 09:00 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Michael T. Tierney<br>Michael T. Tierney, P.A.<br>918 Beard Avenue<br>Winter Park, FL 32789-1806<br>407-740-0074 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/26/2017, Expected Purge Date: 05/01/2017<br><br>Image SOP<br><br>Email Notification,  Donna Voss-Costa  Donna.Voss-Costa@CardWorks.com<br><br>Email Notification,  Laurie Bigman  Laurie.Bigman@CardWorks.com<br><br>Email Notification,  Dashondra Brown  Dashondra.Brown@CardWorks.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / NR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case Number: CONO-17-003082 Division: 73
Filing # 55397773 E-Filed 04/21/2017 09:26:37 AM

|  | IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA |
|---|---|
|  | CASE NO. _____ |
|  | JUDGE _____ |
| KAREN MARSIGLIANO | DIV. _____ |
| **PLAINTIFF** |  |
| VS. |  |
|  | **SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE** |
|  | Pretrial Information: Appear at |
| CARSON SMITHFIELD, LLC | 1600 West Hillsboro Boulevard, Deerfield Beach, FL 33442 |
| **DEFENDANT** | on 05/22/2017 at 9:00 AM in North Courtroom 2. |

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

CARSON SMITHFIELD, LLC
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the Broward County Courthouse in Courtroom _____, located at _____, _____ on _____ at _____ for a **PRETRIAL CONFERENCE** before a Judge of this court.

**IMPORTANT – READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES--APPEAR IN PERSON OR BY ATTORNEY.**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN. CLERK 4/21/2017 9:26:36 AM.****

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where the suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a **WRITTEN** request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s) attorney, if any.

A copy of the statement of claim shall be served with this summons.

**DATED** at _____ Florida, on _____   APR 21 2017

Filed by: _____
Address: Michael Tierney, P.A.
918 Beard Avenue
Winter Park, FL 32789



BRENDA D. FORMAN
AS CLERK OF THE COUNTY COURT

By _____
BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 470, 201 S.E. Sixth Street, Fort Lauderdale, FL 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IN THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

KAREN MARSIGLIANO,

    Plaintiff,                        CASE NO.:

v.

CARSON SMITHFIELD, LLC,

    Defendant.
_____/

### STATEMENT OF CLAIM
### JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes KAREN MARSIGLIANO, the Plaintiff herein, and hereby filed this Statement of Claim against CARSON SMITHFIELD, LLC, the Defendant herein, and hereby states as follows:

### PART I: INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00 in any single count; it is brought by individual consumer for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C., §1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

3. This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4. Venue is proper in this County because the acts and transactions occurred in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5. Plaintiff is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, a collection agency, operates from an address of 101 CROSSWAYS PARK DRIVE, Woodbury, NY 11797. Defendant has a registered agent in the State of Florida designated to receive service of process named CT Corporation System, whose address is 1200 South Pine Island Road, Plantation, FL 33324, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant is also registered with the state of Florida as a "debt collector."

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant is a corporation licensed to do business in the State of Florida as a registered debt collector.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5). Upon information and belief, Defendant is attempting to collect on a consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15. On or about 05/23/16, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 8380. A true copy of Defendant's letter is attached hereto as Exhibit "A".

16. On or about 08/17/16, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed and refused to pay the debt at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

17. On or about 03/30/17, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 8380. A true copy of Defendant's letter is attached hereto as Exhibit "C".

## COUNT I

### FAILURE TO CEASE COMMUNICATIONS IN VIOLATION OF 15 U.S.C. § 1692c(c)

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

20. On 05/23/16, Defendant communicated with Plaintiff in the capacity as a debt collector when it mailed them a Dunning Notice, regarding account ending in 8380 (see Exhibit "A").

21. On 08/17/16, Plaintiff sent Defendant a refusal to pay the debt (see Exhibit "B").

22. Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c). On 03/30/17, Defendant continued to attempt collection by writing to the Plaintiff even after Plaintiff refused to pay the alleged debt (see Exhibit "C").

23. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of the instant suit; and

   c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: April 21, 2017

_____
Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff

EXHIBIT A

CARSON SMITHFIELD, LLC
P.O. BOX 9216
OLD BETHPAGE, NY 11804

May 23, 2016

Our File Number: [redacted]
Balance Due: $1,535.05
Current Creditor: Merrick Bank Corporation
Original Creditor: Merrick Bank Corporation
Original Account Number: [redacted]

KAREN J MARSIGLIANO

Dear Karen J Marsigliano,

Merrick Bank Corporation has hired Carson Smithfield, LLC, to collect the balance due on your account referenced above. We are authorized to offer you two settlement options to allow you to settle your account for less than the current balance. You may accept either settlement offer by first contacting us as outlined below on or before June 30, 2016 and then make payments according to the offer you select.

You have three convenient options to accept this offer:
- Visit us at www.solvethatdebt.com and enter your response code (0201-6051-9100-4976); or
- Call us at 1-877-394-5975 and make your payment over the phone free of charge; or
- Mail your payment with the voucher below and check the settlement option you are selecting

Choose your settlement offer below:

Lump Sum (single payment)
Merrick Bank Corporation will consider your account settled if you make a one-time payment of $767.53 (which equals 50.0% of the outstanding balance of $1,535.05) on or before June 30, 2016.

Extended Offer (pay over time)
Merrick Bank Corporation will consider your account settled if you make payments as follows:
- Remit your first payment in the amount of $70.36 within 35 days from the date of this letter
- Then, continue to make monthly payments in the amount of $70.36 each, by the first of each month, for the next consecutive 11 months. (12 payments total)
- Accepting the Extended Payment Offer will result in payment of an amount that is greater than what you would pay under the Lump Sum Offer.

You are under no obligation to accept either of these offers. If you do not accept one of these settlement offers, we will attempt to contact you to collect the balance on your account, less any payments you may have made.

If you have any questions, please contact our office at 1-877-394-5975. The hours of operation are Monday-Friday 8:00 AM to 9:00 PM EST & Saturday 8:00 AM – 4:30 PM EST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,
Carson Smithfield, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

Please detach and return with payment in envelope provided

EXHIBIT B

**CARSON SMITHFIELD, LLC**
P.O. BOX 9216
OLD BETHPAGE, NY 11804

May 23, 2016

Our File Number: ███████
Balance Due: $1,535.05
Current Creditor: Merrick Bank Corporation
Original Creditor: Merrick Bank Corporation
Original Account Number: 4███████

KAREN J MARSIGLIANO

Dear Karen J Marsigliano,

Merrick Bank Corporation has hired Carson Smithfield, LLC, to collect the balance due on your account referenced above. We are authorized to offer you two settlement options to allow you to settle your account for less than the current balance. You may accept either settlement offer by first contacting us as outlined below on or before June 30, 2016 and then make payments according to the offer you select.

You have three convenient options to accept this offer:
 • Visit us at www.solvethatdebt.com and enter your response code (0201-6051-9100-4976); or
 • Call us at 1-877-394-5975 and make your payment over the phone free of charge; or
 • Mail your payment with the voucher below and check the settlement option you are selecting

Choose your settlement offer below:

Lump Sum (single payment)
Merrick Bank Corporation will consider your account settled if you make a one-time payment of $767.53 (which equals 50.0% of the outstanding balance of $1,535.05) on or before June 30, 2016.

Extended Offer (pay over time)
Merrick Bank Corporation will consider your account settled if you make payments as follows:
 • Remit your first payment in the amount of $70.36 within 35 days from the date of this letter
 • Then, continue to make monthly payments in the amount of $70.36 each, by the first of each month, for the next consecutive 11 months. (12 payments total)
 • Accepting the Extended Payment Offer will result in payment of an amount that is greater than what you would pay under the Lump Sum Offer.

You are under no obligation to accept either of these offers. If you do not accept one of these settlement offers, we will attempt to contact you to collect the balance on your account, less any payments you may have made.

If you have any questions, please contact our office at 1-877-394-5975. The hours of operation are Monday-Friday 8:00 AM to 9:00 PM EST & Saturday 8:00 AM – 4:30 PM EST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,
Carson Smithfield, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

*[Handwritten note:]* Believe me wrong. I am not paying it. I am disputing this

Karen Marsigliano
5/8/16

Please detach and return with payment in envelope provided



Curson Smithfield, LLC
PO Box 4216
Old Bethpage, NY 11804



Karen Marsigliano

**CARSON SMITHFIELD, LLC**
P.O. BOX 9216
OLD BETHPAGE, NY 11804

EXHIBIT C

March 30, 2017

Our File Number: ▮▮▮▮▮
Balance Due: $1,535.05
Current Creditor: Merrick Bank Corporation
Original Creditor: Merrick Bank Corporation
Original Account Number: ▮▮▮▮▮



KAREN J MARSIGLIANO

Dear Karen J Marsigliano,

Merrick Bank Corporation has hired Carson Smithfield, LLC, to collect the balance due on your account referenced above. We are authorized to offer you two settlement options to allow you to settle your account for less than the current balance. You may accept either settlement offer by first contacting us as outlined below on or before May 15, 2017 and then make payments according to the offer you select.

You have three convenient options to accept this offer:
- Visit us at www.solvethatdebt.com and enter your response code (0201-7032-7100-9955); or
- Call us at 1-877-394-5975 and make your payment over the phone free of charge; or
- Mail your payment with the voucher below and check the settlement option you are selecting

Choose your settlement offer below:

**Lump Sum (single payment)**
Merrick Bank Corporation will consider your account settled if you make a one-time payment of $460.52 (which equals 30.0% of the outstanding balance of $1,535.05) on or before May 15, 2017.

**Extended Offer (pay over time)**
Merrick Bank Corporation will consider your account settled if you make payments as follows:
- Remit your first payment in the amount of $25.58 within 35 days from the date of this letter.
- Then, continue to make monthly payments in the amount of $25.58 each, by the first of each month, for the next consecutive 23 months. (24 payments total)
- Accepting the Extended Payment Offer will result in payment of an amount that is greater than what you would pay under the Lump Sum Offer.

---Carson Smithfield is not obligated to to renew any of the offers listed above----

You are under no obligation to accept either of these offers. If you do not accept one of these settlement offers, we will attempt to contact you to collect the balance on your account, less any payments you may have made.

If you have any questions, please contact our office at 1-877-394-5975. The hours of operation are Monday-Friday 8:00 AM to 9:00 PM EST & Saturday 8:00 AM – 4:30 PM EST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,
Carson Smithfield, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

---

Please detach and return with payment in envelope provided

Make checks payable to Carson Smithfield

☐ Accepting Lump Sum Option    ☐ Accepting Extended Option

Name: Karen J Marsigliano
Address: 104 NW 45Th Ave
Deerfield Beach, FL 33442-0305

C002-18436  N SET