UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60986-CIV-DIMITROULEAS

KAREN MARSIGLIANO,

    Plaintiff,

vs.

CARSON SMITHFIELD, LLC.,

    Defendant.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice") [DE 9], filed herein on June 12, 2017. The Court has carefully considered the Notice, the Offer [DE 9-1], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Karen Marsigliano and against Defendant Carson Smithfield, LLC in the amount of One Thousand Two Hundred Fifty Dollars ($1,250.00), plus all reasonable costs and reasonable attorneys' fees incurred in this action as of May 26, 2017;

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3. The Court shall retain jurisdiction to determine the amount of costs and fees. If the parties are unable to resolve the amount amongst themselves, Plaintiff may file a motion for fees and costs, which shall be referred to the Magistrate Judge.

4.	The Clerk shall **CLOSE** this case and **DENY** any currently pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of June, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record